No. 689 July 30, 2025 325

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ROBERT JAMES BAILEY,
*Defendant-Appellant.*

Lincoln County Circuit Court
121345; A184183

Sheryl Bachart, Judge.

Submitted June 13, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Morgen E. Daniels, Chief Deputy Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Defendant appeals an amended judgment of conviction. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In March 2013, defendant was convicted, after a jury trial, of three counts of first degree unlawful sexual penetration, ORS 163.411 (Counts 1, 4, and 9); and seven counts of first-degree sexual abuse, ORS 163.427 (Counts 2, 5, 7, 9, 10, 11, and 12). The verdicts on Counts 11 and 12 were nonunanimous.

Defendant was sentenced to 300 months in prison on Count 1; 75 months in prison on Count 2, concurrent with Count 1; 300 months in prison on Count 4, with 108 months consecutive to Count 1 and the remaining months concurrent with Count 1; 75 months in prison on Count 5, concurrent with Count 4; 75 months in prison on Count 7, consecutive to the sentences on Counts 1, 4, and 9; 300 months in prison on Count 9, consecutive to the sentences on Counts 1 and 4; 75 months on Count 10, concurrent with the sentences on Counts 1, 2, 4, 5, 7, and 9; 75 months in prison on Count 11, concurrent with the sentences on Counts 1, 2, 4, 5, 7, 9, and 10; and 75 months in prison on Count 12, concurrent with the sentences on Counts 1, 2, 4, 5, 7, 9, 10, and 11.

Defendant later filed a petition for post-conviction relief, and the post-conviction court vacated defendant's convictions on Counts 11 and 12 and remanded to the criminal trial court, pursuant to *Ramos v. Louisiana*, 590 US 83, 140 S Ct 1390, 206 L Ed 2d 583 (2020) and *Watkins v. Ackley*, 370 Or 604, 523 P3d 86 (2022). The post-conviction court concluded that defendant had failed to prove any of his other claims, including that any of the jury's findings supporting departure sentences were nonunanimous.

On remand, the state moved to dismiss Counts 11 and 12, and the criminal trial court granted that motion. The court then entered an amended judgment resentencing

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.

defendant on the remaining counts as it had in 2013. This appeal followed.

Having reviewed the record, including the trial court file, the transcript of the hearings and the bench trial, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.